Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.
In the Matter of WILLOW GARDEN APARTMENTS, INC., Petitioner, v. WILLIAM RIKER et al., Constituting the Zoning Board of Appeals of the City of Rochester, Respondents.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.
JAMES A. KERLIN, JR., Appellant, v. DAVID M. GREEN, Respondent.—